UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| AUTOTECH TECHNOLOGIES, LP, an Illinois Limited Partnerships, and VIKRAM KUMAR, an Individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK J. MCDONNELL, an Individual, and MCDONNELL & ASSOCIATES, P.C., a Pennsylvania Professional Corporation, and WAL-MART, INC.,<br><br>*Defendants*. | CASE NUMBER: 3:25-CV-00025-RGE-HCA |

## WALMART INC.'S MOTION TO DISMISS THE COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Walmart Inc.[1] respectfully moves the Court for an order dismissing the Complaint against it under Federal Rule of Civil Procedure 12(b)(6). As explained in the attached Brief, Plaintiffs' claims are barred under Iowa law by the absolute litigation privilege. This motion is based on the attached Brief and any other matters the Court finds appropriate.

---

[1] Plaintiffs incorrectly identify Walmart Inc. as Wal-Mart, Inc. and Walmart, Inc.

|  |  |
|---|---|
| Dated: July 22, 2025 | By: */s/ Robert, Rivera, Jr.* |

Robert Rivera, Jr. (*pro hac vice*)
Kelley M. Keller (*pro hac vice*)
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
rrivera@susmangodfrey.com
kkeller@susmangodfrey.com

Jason Bell (*pro hac vice*)
SUSMAN GODFREY, LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jbell@susmangodfrey.com

Veronica Kirk, AT0009420
Kerrie M. Murphy, AT0005576
MWH LAW GROUP LLP
4350 Westown Parkway, Suite 120
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
veronica.kirk@mwhlawgroup.com
kerrie.murphy@mwhlawgroup.com

*Attorneys for Walmart Inc.*

**PROOF OF SERVICE**

I hereby certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing systems, which will send notification of such filing to the following:

Stephen T. Fieweger

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Telephone: (563) 424-1982
Facsimile: (563) 424-1983
sfieweger@fiewegerlaw.com

*Attorney for Plaintiffs*

                                          */s/ Robert Rivera, Jr.*
                                          Robert Rivera, Jr.