# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

AUTOTECH TECHNOLOGIES, LP and
VIKRAM KUMAR,

          Plaintiff,

v.

PATRICK J. McDONNELL,
McDONNELL & ASSOCIATES, P.C., and
WAL-MART, INC.,

          Defendant,

CIVIL NO.: 3:25-cv-00025-RGE-HCA

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order [52], the case is dismissed. Judgment is entered in favor of Defendants Patrick J. McDonnell, McDonnell & Associates, P.C., and Wal-Mart, Inc., and against Plaintiffs Autotech Technologies, LP and Vikram Kumar.

Date: November 13, 2025

                                          CLERK, U.S. DISTRICT COURT

                                          /s/  Kandy Sands

                                          By: Deputy Clerk